# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00314-CV

**Robin Hauck, Appellant**

**v.**

**Vance Morris and Cherie Morris, Appellees**

## FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
## NO. 225,173-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robin Hauck filed his notice of appeal on June 3, 2009, and the clerk's record was filed June 22, 2009. On October 13, 2009, Hauck requested an extension of time to file his brief. This Court granted the motion for extension of time on October 14, 2009, and directed Hauck to file his brief on or before November 2, 2009. On November 4, 2009, this Court received a pro se document entitled "appellant's brief/docketing statement." On November 5, 2009, the Clerk of this Court sent Hauck notice informing him that the document was not in compliance with the rules of appellate procedure, as it failed to comply with the requirements for briefs, and that it would be filed solely as appellant's docketing statement. The Clerk further advised Hauck that he must submit a complying brief on or before November 16, 2009, or his appeal would be dismissed for want of prosecution. To date, Hauck has not responded to this notice, requested an additional

extension of time, or filed a brief that complies with the rules of appellate procedure.  Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

 

 

 

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   December 18, 2009